LOUIS HALPERN, Appellant, *v.* JAMES M. CRAIG et al., Respondents, Impleaded with Others.

*Halpern* v. *Brooklyn Savings Bank*, 146 App. Div. 908, affirmed. (Argued January 24, 1913; decided February 11, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 22, 1911, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to reinstate a mortgage on certain real property.

*Jacob W. Kahn* for appellant.

*J. Albert Lane* and *Ronald K. Brown* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ. Absent: CULLEN, Ch. J.